**Rodney F. WRIGHT, Plaintiff–Appellant,**

v.

**Terry WAGNER; Ronald Sturdevant; et al., Defendants–Appellees,**

and

**Reike Geil & Savage; Gary Kahn, Defendants.**

No. 02–36115.

D.C. No. CV–01–01422–BR.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 20, 2003.

Before PREGERSON, REINHARDT, and GRABER, Circuit Judges.

MEMORANDUM**

Rodney F. Wright appeals pro se the district court's judgment dismissing for failure to state a claim his action alleging defendants conspired to violate his constitutional rights during his arrest, incarceration, and post-prison supervision which included requiring him to register as a sex offender. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Resnick v. Hayes*, 213 F.3d 443, 448 (9th Cir.2000), and we affirm.

The district court properly dismissed Wright's complaint for failure to state a claim because he failed to allege any facts to support a claim of conspiracy. *See Karim–Panahi v. Los Angeles Police Dep't*, 839 F.2d 621, 625 (9th Cir.1988).

The district court did not abuse its discretion by dismissing the action without leave to amend because further amendment would have been futile. *See Lopez v. Smith*, 203 F.3d 1122, 1130–31 (9th Cir. 2000) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.